United States District Court
Southern District of Texas
**ENTERED**
April 22, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| LOUIS PACK JR, § § § Plaintiff, § VS. § CIVIL ACTION NO. 2:16-CV-130 § OMAR LUCIO, *et al*, § § § Defendants. § | |

## OPINION AND ORDER OF TRANSFER

This is a civil rights action filed by a TDCJ-CID inmate (D.E. 1). Plaintiff Louis Pack, Jr. is incarcerated at TDCJ's Garza East Unit in Bee County, and complains that the Sheriff of Cameron County violated his Constitutional rights (*Id*).

A civil action wherein jurisdiction is not founded solely on diversity of citizenship may be brought in (1) a judicial district where any defendant resides, if all defendants reside in the same state, or (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred. 28 U.S.C. § 1391(b). In addition, for the convenience of parties and witnesses, and in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought. 28 U.S.C. § 1404(a).

Plaintiff is located in Bee County in the Corpus Christi Division of the Southern District of Texas. 28 U.S.C. § 124 (b)(4). The Cameron County Sheriff and the County Jail are located in the Brownsville Division of the Southern District of Texas. 28 U.S.C. § 124(b)(4). The Defendant can be found in the Brownsville Division and the events that

led to the filing of this lawsuit occurred there.  The interests of justice would be served by a transfer to the Brownsville Division.

Accordingly, it is ordered that this case be transferred to the United States District Court for the Southern District of Texas, Brownsville Division.  All pending motions are denied as moot, subject to re-urging after the case has been transferred.

ORDERED this 22 day of April, 2016.

_____
HILDA G. TAGLE
SENIOR UNITED STATES DISTRICT JUDGE